DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ZACHARY PIERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1157

_____

May 29, 2024

Appeal from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Howard L. Dimmig, II, Public Defender, and Maureen E. Surber, Assistant Public Defender, Bartow, for Appellant.

PER CURIAM.

Affirmed.

SLEET, C.J., and ATKINSON, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.